KSD/MDA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 22-cr-00060-CG |
| ) | USAO NO: 22R00195 |
| CHRISTOPHER JAMES DAVIS ) | |

# INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

During all times relevant to this Information:

FEDERAL INSECTICIDE, FUNGICIDE AND RODENTICIDE ACT

1. The Federal Insecticide, Fungicide and Rodenticide Act (FIFRA) was enacted by Congress to regulate the distribution, sale and use of pesticides in the United States.

2. FIFRA is enforced by the Environmental Protection Agency (EPA) primarily through the process of pesticide product and pesticide producer registration. *See* 7 U.S.C. §§ 136–136y; 40 C.F.R. Part 152.

3. FIFRA requires all pesticides to be registered with the U.S. Environmental Protection Agency (EPA) before they can be sold or distributed in the U.S.  7 U.S.C. § 136a(a). The registration process is detailed, and applicants are required to submit a substantial amount of information to the EPA in support of a request for registration. 7 U.S.C. § 136a(c); 40 C.F.R. § 158.155 & 160.

4. Manufacturers of pesticides register their pesticides using a Confidential Statement of Formula (CSF). The CSF must include the complete formula of each pesticide for which registration is sought, including the identity and sources of its active and inert ingredients. The CSF is submitted to the EPA, where it undergoes an approval process for its ingredients and sources of ingredients. *See* 7 U.S.C. § 136a(c)(1)(D); 40 C.F.R. § 152.50(f) and 40 C.F.R. § 158.320.

5. Any change in a formula or source of an ingredient for a pesticide must be approved by the EPA. 40 C.F.R. § 152.44.

## THE DEFENDANT AND COMPANY A

6. **CHRISTOPHER JAMES DAVIS (DAVIS)** was the Company A product manager for Pesticide X, starting approximately in 2012 and during all times relevant to this Information. As the product manager, **DAVIS** was responsible for registration documents among other things.

7. Company A was a pesticide manufacturer with its headquarters in Newport Beach, California. Company A made Pesticide X at its manufacturing facility in Axis, Alabama.

## REGISTRATION OF PESTICIDE X IN CANADA

8. On or about September 10, 2002, Company B registered Pesticide X in Canada through the Pest Management Regulatory Agency (PMRA) and submitted the Canadian version of a CSF, known as a Statement of Product Specification Form (SPSF). Company B also had registered Pesticide X with the EPA and submitted a CSF to the EPA.

9. On or about January 24, 2003, PMRA completed an assessment of Pesticide X and decided to phase out its use in Canada after a comment period, which was completed on approximately May 13, 2004. The phase-out period for a retailer or distributor to sell Pesticide X in Canada ultimately was extended through May 1, 2015.

10. On or about February 2, 2006, Company A purchased the Pesticide X product line from Company B, and the Canadian registration with PMRA was transferred from Company B to Company A.

11. On or about April 11, 2006, Company A filed with the EPA an updated CSF for Pesticide X that reflected Company A's change in processes and ingredients sources.

12. On or about April 3, 2007, an employee of Company A, Person A, inquired with Company A's contractor in Canada, Person B, about renewing the Canadian SPSF for Pesticide X. Person B provided Person A with documents to renew the SPSF for Pesticide X.

13. On or about January 22, 2015, Company A sought to implement a new procedure to rework the discontinued Pesticide X returned from Canada into another pesticide product, which required approval by the EPA. Under the new procedure, Pesticide X would be reworked at Company A's plant in Axis, Alabama.

14. On or about June 18, 2015, DAVIS emailed Person B asking for a copy of the Canadian SPSF for Pesticide X.

15. On or about June 21, 2015, Person B emailed DAVIS back attaching an unsigned version of a Canadian 2007 SPSF for Pesticide X which bore type-written Person A's maiden name, and wrote in his reply email: "The last SPSF I have in my binder is attached. Perhaps you can get [Person A] to sign it."

16. On or about September 2015, Company A sought approval from the EPA to use Pesticide X returned from Canada to manufacture another pesticide, and in support submitted to EPA a comparison of the Company B 2002 SPSF and the Company A 2006 CSF.

17. On or about December 16, 2015, DAVIS emailed internally within Company A regarding reasons to submit to the EPA Company A's 2007 SPSF (unsigned) rather than Company B's 2002 SPSF for the application to the EPA.

18. On or about January 11, 2016, Company A submitted to the EPA its 2007 SPSF (unsigned) as a substitute for the Company B 2002 SPSF it had submitted.

19. On or about March 20, 2017, the EPA notified Company A that its application to use Pesticide A to manufacture another pesticide product had not passed review.

20. On or about April 29, 2019, DAVIS submitted a new application to the EPA to use the Canadian Pesticide X to manufacture another pesticide product. The application did not include an SPSF for Canadian Pesticide X.

21. On or about May 28-29, 2019, DAVIS requested Person A to sign the unsigned 2007 SPSF for Pesticide X and to use her maiden name rather than her married name.

22. On or about May 29, 2019, DAVIS re-submitted the April 29, 2019, application to the EPA, including the 2007 SPSF now signed by Person A with her maiden name and describing the SPSF as "very important to the amendment."

23. On or about October 14, 2019, another employee of Company A, Person C, emailed PMRA and asked about SPSFs for Pesticide X.

24. On or about October 15, 2019, PMRA replied by email to Person C at Company A and advised that the most recent SPSF PMRA had was the 2002 Company B SPSF. Person C forwarded the email from PMRA to DAVIS among others at Company A.

25. On or about February 3, 2020, DAVIS re-submitted the 2007 SPSF, now signed by Person A with her maiden name, to EPA.

26. On or about February 19, 2020, the EPA approved Company A's 2019 application to use Canadian Pesticide X to manufacture another pesticide product.

## COUNT ONE

(18 U.S.C. § 1001(a)(3) – Making and Using a False Writing or Document)

27. The allegations of paragraphs 1 through 26 are incorporated.

28. On or about February 3, 2020, in the Southern District of Alabama and elsewhere,

**CHRISTOPHER JAMES DAVIS**

defendant herein, did knowingly and willfully make and use a false writing and document, knowing the same to contain materially false, fictitious, and fraudulent statements and entries in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: having directed Person A on May 28-

29, 2019, to sign a Canadian SPSF using her maiden name, which she no longer used, and bearing the date of April 24, 2007, DAVIS submitted the SPSF in support of an application to the EPA to use Pesticide X to manufacture another product.

All in violation of 18 U.S.C. § 1001(a)(3) and 18 U.S.C. § 2.

*[signature]*

SEAN P. COSTELLO
UNITED STATES ATTORNEY                    APRIL 2022